IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHAEL QUINN  Plaintiff, v.  MICHAEL ASTRUE  Commissioner of the Social Security Administration  Defendant. | No. 07-1983 |

FILED
MAR 25 2010
MICHAEL E. KUNZ, Clerk
By AK Dep. Clerk

March 25, 2010

ORDER

**AND NOW**, this 25 day of March, 2010, upon consideration of plaintiff's Request for Review and the defendant's Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and the record herein, it is hereby ordered:

The Report and Recommendation is **APPROVED** and **ADOPTED** and plaintiff's request for review is **GRANTED** in part and **DENIED** in part as supplemented by the above Memorandum;

BY THE COURT:

Pollak, J.