UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL QUINN,

                Plaintiff,

v.

MICHAEL ASTRUE

                Commissioner of the Social
                Security Administration,

                Defendant.

CIVIL ACTION

No. 07-1983

14 of June, 2010

## MEMORANDUM/ORDER

Currently before this court is plaintiff Michael Quinn's Motion for Attorney's Fees Under the Equal Access to Justice Act. On March 25, 2010 upon the motion of Mr. Quinn, I issued an order remanding the matter so that the administrative record could be more fully developed to determine whether the plaintiff was entitled to disability benefits.

Mr. Quinn, through counsel, contends that he was the prevailing party in that case, that the Commissioner's position was not substantially justified, that his petition for attorney's fees is timely, and that the fee requested is reasonable. Mr. Quinn claims that, pursuant to the Equal Access to Justice Act, 28 U. S. C. § 2412, he is entitled to attorney's fees in the amount of $5,608.51.

The Commissioner has filed a response stating that he does not object to Mr. Quinn's motion for attorney's fees for all legal services rendered on behalf of Mr.

Quinn's counsel in connection with this civil action. Accordingly, it is hereby ORDERED that:

(1) Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Docket # 19) is GRANTED; and

(2) Defendant Commissioner of Social Security Michael Astrue shall pay to Mr. Quinn's counsel, Robert Savoy, the sum of $5,608.51.

BY THE COURT:

/s/ LHP
Pollak, J.